# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| YANJMAA MONKHOR, | ) | |
| | ) | 1:17-cv-04311 |
| Plaintiff, | ) | |
| v. | ) | Judge Kocoras |
| | ) | Magistrate Judge Schenkier |
| CHECKR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S
## MOTION FOR CONTEMPT AGAINST UBER TECHNOLOGIES, INC.

Plaintiff Yanjmaa Monkhor, by and through undersigned counsel, hereby moves pursuant to Fed. R. Civ. P.45 for the Court to hold in contempt Uber Technologies, Inc. (herein after "Uber"), having been served with a subpoena, and failing without adequate excuse to obey the subpoena or an order related to it, and in support thereof avers as follows:

1. This case was commenced by the filing of a Complaint on June 7, 2017. (Dk. No. 1).

2. On June 27, 2017, Defendant Checkr, Inc. was served.

3. On August 8, 2017, Defendant Checkr, Inc. answered Plaintiff's Complaint. (Dk. No. 11).

4. On September 7, 2017, Plaintiff served upon Uber, a subpoena for records related to the above captioned case. The due date for the documents was September 25, 2017.

5. On September 15, 2017, Uber sent a faxed letter to Plaintiff's counsel in response to Plaintiff's subpoena. Uber refused to comply with Plaintiff's subpoena and did not produce any records to counsel on September 25, 2017 as specified in the subpoena.

6. On September 20, 2017, Plaintiff's counsel sent a letter to Uber in response to

1

their September 15, 2017 letter stating their refusal to comply with the subpoena.

7. Plaintiff's counsel was diligent in following up with this subpoena when Uber did not produce any records to counsel.

8. To date, despite Plaintiff's counsel's best efforts Uber has violated this subpoena and failed to produce any documents.

Based on the foregoing, Plaintiff requests this Court to hold in contempt Uber, having been served with a subpoena, and failing without adequate excuse to obey the subpoena or an order related to it.

Respectfully submitted,
**YANJMAA MONKHOR**

By:   s/ Larry P. Smith
Attorney for Plaintiff

Dated: November 16, 2017

Larry P. Smith (Atty. No.: 6217162)
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone:  (312) 324-3532
Facsimile:  (888) 418-1277
E-Mail:     lsmith@smithmarco.com